UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-CV-148-KKC

LARRY RUTHER, PLAINTIFF,

VS: **OPINION AND ORDER**

BARRY GASH, ET AL., DEFENDANTS.

\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Plaintiff's Motion to Stay (DE 13) and Motion for Hearing (DE 15).  In his Motion to Stay, the Plaintiff presents no grounds warranting a stay of this Court's August 14, 2009 Judgment dismissing his Complaint.  The Plaintiff's Motion for Hearing was filed after the filing of a Notice of Appeal in this matter.  Accordingly, the Court has no jurisdiction to conduct a hearing as requested.  Further, the Plaintiff has not presented any grounds that such a hearing is necessary.

For all these reasons, the Court hereby ORDERS that the Motion to Stay (DE 13) and Motion for Hearing (DE 15) are DENIED.

Dated this 5th day of October, 2009.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**